```
✓ FILED      ___ LODGED
___ RECEIVED ___ COPY

     MAY 1 3 2015

CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR-15-8082-PCT-PGR (JZB) |
|---|---|
| Plaintiff, | **R E D A C T E D**<br>**I N D I C T M E N T** |
| vs. | VIO: 18 U.S.C. §§ 2251(a), (e), and 2256<br>(Production of Child Pornography)<br>Counts 1-9, 11-12 |
| William Clyde Thompson, | |
| Defendant. | 18 U.S.C. §§ 2252A(a)(5)(B),<br>(b)(2), and 2256<br>(Possession of Child Pornography)<br>Counts 10, 13-14 |
| | 18 U.S.C. § 2253<br>Forfeiture Allegation |

THE GRAND JURY CHARGES:

## COUNT 1

On or about December 12, 2014, in the District of Arizona, defendant WILLIAM CLYDE THOMPSON did knowingly employ, use, persuade, entice, induce or coerce a minor, John Doe 1, to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct, including but not limited to "IMG_4477.jpg" and "IMG_4481.jpg," knowing or having reason to know that the visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce, or that the visual depiction would be produced or transmitted using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2251(a), (e), and 2256.

## COUNT 2

On or about December 4, 2014, in the District of Arizona, defendant WILLIAM CLYDE THOMPSON did knowingly employ, use, persuade, entice, induce or coerce a minor, John Doe 2, to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct, including but not limited to "IMG_0399.jpg," knowing or having reason to know that the visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce, or that the visual depiction would be produced or transmitted using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2251(a), (e), and 2256.

## COUNT 3

On or about November 16, 2014, in the District of Arizona, defendant WILLIAM CLYDE THOMPSON did knowingly employ, use, persuade, entice, induce or coerce a minor, John Doe 3, to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct, including but not limited to "IMG_0571.jpg," knowing or having reason to know that the visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce, or that the visual depiction would be produced or transmitted using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2251(a), (e), and 2256.

## COUNT 4

On or about November 18, 2014, in the District of Arizona, defendant WILLIAM CLYDE THOMPSON did knowingly employ, use, persuade, entice, induce or coerce a minor, John Doe 3, to engage in any sexually explicit conduct for the purpose of producing

any visual depiction of such conduct, including but not limited to "IMG_9442.jpg" and "IMG_0029.jpg," knowing or having reason to know that the visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce, or that the visual depiction would be produced or transmitted using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2251(a), (e), and 2256.

## COUNT 5

On or about December 4, 2014, in the District of Arizona, defendant WILLIAM CLYDE THOMPSON did knowingly employ, use, persuade, entice, induce or coerce a minor, John Doe 3, to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct, including but not limited to "IMG_0696.jpg," "IMG_0951.jpg," "IMG_0993.jpg," and "IMG_2089.jpg," knowing or having reason to know that the visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce, or that the visual depiction would be produced or transmitted using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2251(a), (e), and 2256.

## COUNT 6

On or about October 5, 2014, in the District of Arizona, defendant WILLIAM CLYDE THOMPSON did knowingly employ, use, persuade, entice, induce or coerce a minor, John Doe 4, to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct, including but not limited to "IMG_5543.jpg," knowing or having reason to know that the visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce, or that the visual depiction would be produced or transmitted using

materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2251(a), (e), and 2256.

### COUNT 7

On or about October 5, 2014, in the District of Arizona, defendant WILLIAM CLYDE THOMPSON did knowingly employ, use, persuade, entice, induce or coerce minors, John Doe 4, John Doe 5, and John Doe 6, to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct, including but not limited to "IMG_5535.jpg," knowing or having reason to know that the visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce, or that the visual depiction would be produced or transmitted using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2251(a), (e), and 2256.

### COUNT 8

On or about October 5, 2014, in the District of Arizona, defendant WILLIAM CLYDE THOMPSON did knowingly employ, use, persuade, entice, induce or coerce a minor, John Doe 5, to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct, including but not limited to "IMG_6940.jpg" and "IMG_5547.jpg," knowing or having reason to know that the visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce, or that the visual depiction would be produced or transmitted using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2251(a), (e), and 2256.

## COUNT 9

On or about October 5, 2014, in the District of Arizona, defendant WILLIAM CLYDE THOMPSON did knowingly employ, use, persuade, entice, induce or coerce minors, John Doe 5 and John Doe 6, to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct, including but not limited to "IMG_5530.jpg," knowing or having reason to know that the visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce, or that the visual depiction would be produced or transmitted using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2251(a), (e), and 2256.

## COUNT 10

On or between November 13, 2014 and January 27, 2015, in the District of Arizona, defendant WILLIAM CLYDE THOMPSON did knowingly possess matter that contained at least one image of child pornography including, but not limited to, "IMG_0449.mov" that had been produced using material that had been mailed, shipped, or transported in interstate or foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B), (b)(2), and 2256.

## COUNT 11

On or about December 10, 2014, in the District of Arizona, defendant WILLIAM CLYDE THOMPSON did knowingly employ, use, persuade, entice, induce or coerce a minor, John Doe 5, to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct, including but not limited to "IMG_6908.jpg," knowing or having reason to know that the visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce, or that the visual depiction would be produced or transmitted using

materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2251(a), (e), and 2256.

### COUNT 12

On or about December 7, 2014, in the District of Arizona, defendant WILLIAM CLYDE THOMPSON did knowingly employ, use, persuade, entice, induce or coerce a minor, John Doe 6, to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct, including but not limited to "IMG_2945.jpg" and "IMG_3366.jpg," knowing or having reason to know that the visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce, or that the visual depiction would be produced or transmitted using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2251(a), (e), and 2256.

### COUNT 13

On or between October 27, 2014 and January 27, 2015, in the District of Arizona, defendant WILLIAM CLYDE THOMPSON did knowingly possess matter that contained at least one image of child pornography including, but not limited to, "19-08-27.mp4" that had been produced using material that had been mailed, shipped, or transported in interstate or foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B), (b)(2), and 2256.

### COUNT 14

On or between October 20, 2014 and January 27, 2015, in the District of Arizona, defendant WILLIAM CLYDE THOMPSON did knowingly possess matter that contained at least one image of child pornography including, but not limited to, "IMG_0200.mov" that had been produced using material that had been mailed, shipped, or transported in interstate

- 6 -

or foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B), (b)(2), and 2256.

## FORFEITURE ALLEGATION

Upon conviction of one or more of the offenses alleged in Counts One through Fourteen of this Indictment, defendant WILLIAM CLYDE THOMPSON shall forfeit to the United States pursuant to 18 U.S.C. § 2253 all visual depictions which were produced, transported, mailed, shipped, or received in violation of law, all property, real or personal, constituting or traceable to gross profits or other proceeds obtained in the offense, and all property, real or personal, used or intended to be used to commit or to promote the commission of the offenses including, but not limited to:

(1) HP Pavilion Computer, SN: 5CD249WMC,

(2) Toshiba laptop, SN: 7B231863Q,

(3) One Toshiba laptop, SN: YD280824Q,

(4) One Seagate external hard drive, 3 TB, SN: NA4K688Y,

(5) One Toshiba external hard drive, 500 GB, SN: 23EAPV0ZTRE8,

(6) One Kodak 2 GB SD card,

(7) One PNY 16 GB SD card,

(8) Two SanDisk 8 GB Compact Flash cards,

(9) One SanDisk 8 GB SD card,

(10) One iPhone, FCC ID: BCG-E2430A,

(11) One iPhone, FCC ID: BCG-E2422A, and

(12) One iPhone, FCC ID: BCG-E23808.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant, cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property

which cannot be divided without difficulty, it is the intent of the United States, pursuant to 18 U.S.C. § 2253(b) and 21 U.S.C. § 852(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above.

Pursuant to Title 18, United States Code, Section 2253 and Federal Rule of Criminal Procedure 32.2.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: May 13, 2015

JOHN S. LEONARDO
United States Attorney
District of Arizona

/s/
RACHEL REAMES STODDARD
Assistant U.S. Attorney

- 8 -